JESSIE ROSENBLATT, an Infant, by BENJAMIN ROSENBLATT, Her Guardian ad Litem, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Rosenblatt* v. *City of New York*, 151 App. Div. 937, affirmed.
(Argued March 23, 1914; decided April 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 1, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Max Corin, Maurice B. Blumenthal* and *Daniel W. Blumenthal* for appellant.

*Frank L. Polk, Corporation Counsel (Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.